■ The People of the State of New York, Respondent, v Patrick Perry, Appellant. [9 NYS3d 590]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 20, 2005 (*People v Perry*, 19 AD3d 619 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered February 23, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Hall, Cohen and Barros, JJ., concur.

■ The People of the State of New York, Respondent, v David Rojas, Appellant. [9 NYS3d 583]—Appeal by the defendant, as limited by his motion, from an amended resentence of the Supreme Court, Kings County (Morgenstern, J.), imposed March 17, 2014, on the ground that the amended resentence was excessive. The defendant's notice of appeal from a resentence of the same court imposed January 28, 2014, is deemed a premature notice of appeal from the amended resentence imposed March 17, 2014 (*see* CPL 460.10 [1] [b]).

Ordered that the amended resentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]). However, the amended resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Leventhal, Hinds-Radix and LaSalle, JJ., concur.